UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARYN D. POWERS as Guardian of HERBERT
HOFMANN, an Incapacitated Individual, and
Individually,

                          Plaintiff,

    -against-

ALEJANDRO LUIS AUGUSTO RABUFFETTI,

                         Defendant.
------------------------------------------------------------X

Civ. File No.

**RULE 7.1 STATEMENT**



JUDGE SULLIVAN
08 CV 5647

RECEIVED
JUN 23 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None

Date:  New York, New York
       June 23, 2008

                                      Nathan M. Ferst

                                      By:_____
                                      Nathan M. Ferst NMF9655
                                      Attorney for Plaintiff
                                      350 Fifth Avenue – Suite 1000
                                      New York, New York 10118
                                      212-683-8055

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHARYN D. POWERS as Guardian of HERBERT      Civ. File No.
HOFMANN, an Incapacitated Individual, and
Individually,

                            Plaintiff,

    -against-


ALEJANDRO LUIS AUGUSTO RABUFFETTI,

                          Defendant.
------------------------------------------------------------------X


**RULE 7.1 STATEMENT**




                      NATHAN M. FERST
                  ATTORNEY FOR PLAINTIFF

              By:_____
              NATHAN M. FERST NMF9655
          350 FIFTH AVENUE, SUITE 1000
           NEW YORK, NEW YORK 10118
                  (212) 683-8055

d-68-80